MCDONALD, J., did not participate in the consideration or decision of this petition.

*William L. Ankerman,* in support of the petition.

Decided May 29, 1997

## MICHAEL HAMPDEN *v.* COMMISSIONER OF CORRECTION

The plaintiff's petition for certification for appeal from the Appellate Court, 44 Conn. App. 927 (AC 15545), is denied.

*Raymond J. Rigat,* in support of the petition.

Decided May 29, 1997

## CAPITOL REGION CONFERENCE OF CHURCHES ET AL. *v.* DEPARTMENT OF INSURANCE ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 16534) is denied.

BERDON and MCDONALD, Js., dissenting. We would grant the plaintiffs' petition for certification to appeal.

*R. Bartley Halloran* and *Harry K. Snyder,* in support of the petition.

*Mark F. Kohler,* assistant attorney general, *Allan B. Taylor, Mark R. Kravitz* and *Robert M. Langer,* in opposition.

Decided June 5, 1997